# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barreca, Marc L. | 2. Court or Organization<br><br>United States Bankruptcy Court, Western District of WA | 3. Date of Report<br><br>05/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse<br>700 Stewart Street, Room 7121<br>Seattle, WA 98101 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon Bar Association | 04/13/2018 | Seattle, WA | Speaker at 31st Annual Northwest Bankruptcy Institute CLE | Meals, materials and registration fee |
| 2. | National Conference of Bankruptcy Judges and the American Bar Association | 10/25/2018 to 10/31/2018 | San Antonio, TX | Attendance at National Conference of Bankruptcy Judges | lodging, airfare, transportation and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Washington Federal (Account) (X) | A | Interest | K | T | | | | | |
| 2. Seattle Credit Union fka Seattle Metro Credit Union | A | Interest | L | T | | | | | |
| 3. Sound Credit Union (Account) | A | Interest | J | T | | | | | |
| 4. Advisors Disciplined Trust Unit Investment Trust 1005 | C | Distribution | J | T | | | | | |
| 5. American Century GNMA Fund | C | Dividend | M | T | | | | | |
| 6. I shares MSCI Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 7. I Shares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 8. IShares S&P Mid Cap 400 Index | A | Dividend | J | T | | | | | |
| 9. IShares S&P Mid Cap 400 Value Index | A | Dividend | J | T | | | | | |
| 10. IShares Trust Dow Jones | A | Dividend | J | T | | | | | |
| 11. IShares S&P Preferred Stock Index | A | Dividend | | | Sold | 11/26/18 | J | D | |
| 12. IShares S&P Small Cap 600 Index | A | Dividend | K | T | | | | | |
| 13. IShares S&P Small Cap 600 Growth Index | A | Dividend | J | T | | | | | |
| 14. IShares S&P Small Cap 600 Value Index | A | Dividend | J | T | | | | | |
| 15. American Funds Captial Income Builder Fund | B | Dividend | K | T | | | | | |
| 16. American Funds Income Fund of America | B | Dividend | K | T | Distributed (part) | 12/18/18 | J | B | |
| 17. Credit Suisse Commodity Ret Strategy Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Lazard Developing Markets Equity Open Fund | A | Dividend | J | T | | | | | |
| 19. | Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 20. | American Funds EuroPacific Fund | A | Dividend | K | T | Distributed (part) | 12/20/18 | J | B | |
| 21. | Artisian International Fund | A | Dividend | K | T | Distributed (part) | 11/20/18 | J | B | |
| 22. | American Funds Washington Mutual Investors Fund | A | Dividend | K | T | Distributed (part) | 12/21/18 | J | A | |
| 23. | Ford Motor Company | A | Dividend | J | T | | | | | |
| 24. | JHancock3 Disciplined Value Fund | A | Dividend | J | T | Distributed (part) | 12/20/18 | J | A | |
| 25. | Loomis Sayles Growth Fund | A | Dividend | L | T | Distributed (part) | 12/20/18 | J | C | |
| 26. | Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Sold (part) | 01/10/18 | K | A | |
| 27. | MFS Value Fund | A | Dividend | K | T | Distributed (part) | 12/20/18 | J | A | |
| 28. | Microsoft Corporation | A | Dividend | J | T | | | | | |
| 29. | Oracle Corporation | A | Dividend | J | T | | | | | |
| 30. | Russell Global Real Estate Securities Fund | A | Dividend | J | T | Sold (part) | 12/31/18 | J | A | |
| 31. | Schwab Div Emerging Market Equity Fund | A | Dividend | J | T | | | | | |
| 32. | Schwab Government Securities Money Market Fund | A | Dividend | K | T | | | | | |
| 33. | Schwab International Equity | | None | J | T | | | | | |
| 34. | Schwab S&P 500 Index Fund | C | Dividend | M | T | Distributed (part) | 12/21/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barreca, Marc L. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Schwab US Aggregate Bond | B | Dividend | L | T | | | | | |
| 36. | Schwab US Large Growth Fund | A | Dividend | K | T | | | | | |
| 37. | Schwab US Small Blend Index | A | Dividend | L | T | | | | | |
| 38. | Toyota Motor Corp ADR | A | Dividend | J | T | | | | | |
| 39. | Vanguard Intermediate Term Tax Exempt Bond Fund | B | Dividend | L | T | | | | | |
| 40. | American Funds Balanced Fund | A | Dividend | K | T | Distributed (part) | 12/18/18 | J | B | |
| 41. | PIMCO Foreign Bond Fund | A | Dividend | K | T | Distributed (part) | 12/12/18 | J | A | |
| 42. | Powershares QQQ | A | Dividend | L | T | | | | | |
| 43. | Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 44. | Schwab Retirement Money Market Fund | A | Dividend | J | T | | | | | |
| 45. | Schwab US Mid Blend | A | Dividend | L | T | | | | | |
| 46. | SPDR S&P 500 | C | Dividend | K | T | | | | | |
| 47. | Vanguard REIT Index | A | Dividend | J | T | | | | | |
| 48. | Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |
| 49. | The Tocqueville Phoenix Fund fka Delafield Fund | A | Dividend | L | T | Distributed (part) | 12/12/18 | J | C | |
| 50. | Schwab US REIT Index | A | Dividend | K | T | | | | | |
| 51. | SSR Mining aka Silver Standard Resources | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   US Geothermal | | None | | | Sold | 04/25/18 | J | A | |
| 53.   Baird Mid Cap Investors Fund | A | Dividend | J | T | Distributed (part) | 12/26/18 | J | A | |
| 54.   AAM Himco Short Duration Fund | A | Dividend | K | T | Buy | 01/11/18 | J | | |
| 55.   Schwab Cash & Money Market | A | Int./Div. | K | T | | | | | |
| 56.   Schwab Cash & Money Market (IRA) | A | Interest | J | T | | | | | |
| 57.   Bank of America (Account) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Delafield Fund's name has changed to The Tocqueville Phoenix Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544